# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:99CR50/RV

PAUL EVERETTE CLAYTON

**REFERRAL AND ORDER**

Referred to Judge Vinson on  04/07/2009

Type of Motion/Pleading MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)

Filed by: Defendant   on 2/19/09   Doc. No. 190

(  ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                       on       Doc. No.
                                       on       Doc. No.

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ J. Marbut*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  8th  day of  April , 2009, that:

(a) The requested relief is DENIED.

(b) The Defendant is not eligible for a sentence reduction under Amendments 706, 711, and 715.

(c) The amendments do not affect the Defendant's sentencing guideline range.

                                       /s/ *Roger Vinson*
                                       ROGER VINSON
                                       SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket:   By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.