UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case Nos.:     3:99cr50/RV/CJK
                                                                                          3:14cv276/RV/CJK
PAUL E. CLAYTON
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 19, 2014 (doc. 224).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 222) is **SUMMARILY DISMISSED**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3.A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of July, 2014.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**